IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Kevin | Case Number: 04 B 38126 |
|---|---|---|
| | Smith, Charlee | Judge: Goldgar, A. Benjamin |
| | Printed: 3/18/08 | Filed: 10/13/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: March 14, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,750.00 | |
| Secured: | | 10,609.89 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,492.70 |
| Trustee Fee: | | 647.41 |
| Other Funds: | | 0.00 |
| Totals: | 12,750.00 | 12,750.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,762.70 | 1,492.70 |
| 2. | Nuvell Financial Services | Secured | 9,514.23 | 6,082.74 |
| 3. | HSBC Auto Finance | Secured | 7,231.48 | 4,527.15 |
| 4. | Aspire Visa | Unsecured | 181.22 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 103.91 | 0.00 |
| 6. | HSBC Auto Finance | Unsecured | 681.83 | 0.00 |
| 7. | Pinnacle Credit Services | Unsecured | 715.50 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 34.14 | 0.00 |
| 9. | Nuvell Financial Services | Unsecured | 327.38 | 0.00 |
| 10. | Verizon Wireless | Unsecured | | No Claim Filed |
| 11. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 12. | CB USA | Unsecured | | No Claim Filed |
| 13. | Medical Collections | Unsecured | | No Claim Filed |
| 14. | Medical Collections | Unsecured | | No Claim Filed |
| 15. | CB&T | Unsecured | | No Claim Filed |
| 16. | CFC Financial LLC | Unsecured | | No Claim Filed |
| 17. | Household Bank FSB | Unsecured | | No Claim Filed |
| 18. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 19. | KCA Financial Services | Unsecured | | No Claim Filed |
| 20. | Medical Payment Data | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 23. | Medical Payment Data | Unsecured | | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Kevin | Case Number: 04 B 38126 |
|---|---|---|
| | Smith, Charlee | Judge: Goldgar, A. Benjamin |
| | Printed: 3/18/08 | Filed: 10/13/04 |

| 26. | Verizon Wireless | Unsecured | No Claim Filed |
|---|---|---|---|
| 27. | NCOP II Inc | Unsecured | No Claim Filed |
| 28. | Trust Receivable Services | Unsecured | No Claim Filed |

$ 21,552.39     $ 12,102.59

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 97.49 |
| 4% | 30.66 |
| 3% | 29.13 |
| 5.5% | 144.37 |
| 5% | 37.50 |
| 4.8% | 126.01 |
| 5.4% | 182.25 |
| | $ 647.41 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

